**Appeal**　　**2021AP94**
**Nos.**　　　**2021AP95**
**STATE OF WISCONSIN**

Cir. Ct. Nos. 2019TP32
2019TP33

**IN COURT OF APPEALS**
**DISTRICT I**

---

**APPEAL NO. 2021AP94**

**IN RE THE TERMINATION OF PARENTAL RIGHTS TO J.A.M.,
A PERSON UNDER THE AGE OF 18:**

**STATE OF WISCONSIN,**

　　　　　**PETITIONER-RESPONDENT**

　　**V.**

**A.M.-C**

　　　　　**RESPONDENT-APPELLANT.**

FILED

April 5, 2021

Sheila T. Reiff
Clerk of Court of Appeals

---

**APPEAL NO. 2021AP95**

**IN RE THE TERMINATION OF PARENTAL RIGHTS TO E.A.M., A PERSON UNDER THE AGE OF 18:**

**STATE OF WISCONSIN,**

   **PETITIONER-RESPONDENT,**

 **V.**

**A.M.-C,**

   **RESPONDENT-APPELLANT.**

## ERRATA SHEET

Sheila T. Reiff
Clerk of Court of Appeals
P.O. Box 1688
Madison, WI 53701-1688

Court of Appeals District I
330 East Kilbourn Avenue, Suite 1020
Milwaukee, Wisconsin 53202-3161

Court of Appeals District III
2100 Stewart Ave., Suite 310
Wausau, WI 54401

Jenny Andrews, Sarah Motiff
Court of Appeals
2921 Landmark Place, Suite 415
Madison, WI 53713-4248

Court of Appeals District II
2727 N. Grandview Blvd.
Waukesha, WI 53188-1672
Court of Appeals District IV
2921 Landmark Place, Suite 415
Madison, WI 53713-4248

Hon. Mark A. Sanders
Circuit Court Judge
Safety Building - Branch 28
821 W. State St.
Milwaukee, WI 53233-1427

Tammy Kruczynski
Juvenile Clerk
Children's Court Center
10201 W. Watertown Plank Rd.
Milwaukee, WI 53226

Gregory Bates
Bates Law Offices
P.O. Box 70
Kenosha, WI 53141-0070

Katie L. Gutowski
Milwaukee County District Attorney's
Office Children's Court
Vel R. Phillips Justice Center
10201 W. Watertown Plank Rd.
Wauwatosa, WI 53226-3532

Anne M. Abell
Legal Aid Society of Milw, Inc.
10201 W. Watertown Plank Rd.
Milwaukee, WI 53226-3532
Division of Milwaukee Child Protective
Services

Charmian Klyve
635 North 26th Street
Milwaukee, WI 53233-1803

PLEASE TAKE NOTICE that corrections were made to pages one through eighteen in the above-captioned opinion which was released on March 30, 2021.  A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.